IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENEKIVA, LLC,<br><br>Plaintiff,<br>,<br>v.<br><br>AMERICAN PUBLIC LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 1:26-cv-00845-GBW |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for admission *pro hac vice* of Tom Julian Butler and Park Wynn of Maynard Nexsen PC, 1901 Sixth Avenue N, Suite 1700, Birmingham, Alabama 35203 to represent Defendant American Public Life Insurance Company in this matter.

Dated: September 16, 2026

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Kelly E. Rowe*
Paul D. Brown (#3903)
Kelly E. Rowe (#6199)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
brown@chipmanbrown.com
rowe@chipmanbrown.com

*Attorneys for Defendant*

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** counsel's motion for admissions *pro hac vice* is granted.

Date: ____________________________

____________________________________
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Alabama and Mississippi and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for Annual Registration Fee/Pro Hac Vice Fee effective 1/1/24, I further certify that the annual fee of $50.00 has been paid to the Clerk's Office upon filing of this motion.

Date: September 16, 2026

*/s/ Tom Julian Butler*

Tom Julian Butler
Maynard Nexsen PC
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
(205) 254-1000
tbutler@maynardnexsen.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Alabama and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for Annual Registration Fee/Pro Hac Vice Fee effective 1/1/24, I further certify that the annual fee of $50.00 has been paid to the Clerk's Office upon filing of this motion.

Date: September 16, 2026

*/s/ Park Wynn*

Park Wynn
Maynard Nexsen PC
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
(205) 254-1000
pwynn@maynardnexsen.com

4897-1843-3233, v. 1